**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2320**

———————

RODNEY VICTOR HARRIS,

                    Plaintiff - Appellant,

    versus

SCARLET B. RATCLIFF, Clerk at the Circuit
Court of Giles County; SARAH MUNCIE, Deputy
Clerk at the Circuit Court of Giles County;
BARBARA LUCAS, Deputy Clerk at the Circuit
Court of Giles County,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-03-623)

———————

Submitted:  March 11, 2004       Decided:  March 17, 2004

———————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Rodney Victor Harris, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motion to supplement the record with circuit court transcripts and all motions set forth therein, and we dismiss the appeal on the reasoning of the district court. See Harris v. Ratcliff, No. CA-03-623 (W.D. Va. Sept. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED